

| | | |
|---|---|---|
| 655 Third Avenue<br>New York, NY 10017<br>P 212.490.2020<br>F 212.490.2990 | www.littmankrooks.com | *Of Counsel*<br>Solkoff Legal<br>2605 West Atlantic Avenue<br>Delray Beach, FL 33445<br>P 561.733.4242<br>F 561.733.4232 |
| 800 Westchester Ave., S-436<br>Rye Brook, NY 10573<br>P 914.684.2100<br>F 914.684.9865 | | *Marion M. Walsh*<br>*Partner* |

June 4, 2022

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *G.P., et al. v. New York City Dep't of Educ.*
       Docket No. 21-CV-6511 (KPF)

Dear Judge Failla:

Our office represents G.P individually and on behalf of M.P. in the above referenced matter.

The Parties have reached an agreement in principle, subject to Comptroller approval. Given the agreement in principle, I respectfully write to request a stay of the briefing schedule. I propose that we will submit a Status Report in no later than 30 days, on July 6, 2022. Counsel for Defendant joins in this request.

If the stay is not possible, I write to request another 30-day extension on Plaintiff's summary judgment motion. Plaintiff's motion is due on June 6, 2022. We request a 30-day extension until July 6, 2022, if warranted. Counsel for Defendant has consented.

Thank you so much for your attention to this matter.

Respectfully yours,

*/s/ Marion M. Walsh*
Marion M. Walsh

Cc: Copatrick Thomas, Counsel for Defendant, via email and ECF

The Court is in receipt of Plaintiff's above letter.  For the reasons stated above, the Court hereby STAYS the briefing schedule and all other deadlines in this case.  The parties shall submit a joint status update on or before **July 6, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 24.

Dated:  June 6, 2022
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE